IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TARRENCE DRAMON TOLBERT,** | * |
| **# 19991-509,** | * |
| | * |
|     Petitioner, | * |
| | * CRIMINAL NO. 20-00154-WS-B |
| vs. | * CIVIL ACTION NO. 22-00269-WS-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and entered November 4, 2024 (Doc. 60) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Tarrence Dramon Tolbert's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. 48) is **DENIED,** that this action is **DISMISSED with prejudice,** and that Petitioner Tolbert is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE** this **5th** day of **December, 2024.**

    **s/WILLIAM H. STEELE**
    **UNITED STATES DISTRICT JUDGE**